J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JEANA LAVERNE STARKS,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, inclusive,<br><br>    Defendant(s). | Case No.  5:26-cv-01461-DFM<br><br>[San Bernardino Court Action No.: CIVRS2509035]<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT** |

Based on the stipulation between Plaintiff, JEANA LAVERNE STARKS and Defendant, COSTCO WHOLESALE CORPORATION:

**IT IS HEREBY ORDERED** that the parties' stipulated request to remand this matter to the Superior Court of California, County of San Bernardino, entitled *Jeana Laverne Starks v. Costco Wholesale Corporation*, Case Number CIVRS2509035, is GRANTED. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 10, 2026

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES DISTRICT JUDGE

MOKRI VANIS & JONES, LLP
4100 NEWPORT PLACE DRIVE, SUITE 840
NEWPORT BEACH, CA 92660
949.226.7040 | F: 949.226.7150

-1-

ORDER RE STIPULATION TO REMAND CASE TO STATE COURT